IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,                  )
                                           )
                Plaintiff,                 )
                                           )        1:05CV1143
        v.                                 )
                                           )
                                           )
1.374 ACRES OF LAND, MORE OR LESS,         )
SITUATED IN GUILFORD COUNTY NORTH          )
CAROLINA, and NEW FORTIS CORPORATION,      )
OWNER, et al.,                             )
                                           )
                Defendants.                )



## JUDGMENT AS TO JUST COMPENSATION

The Court, having received the Stipulation of the United

States of America, and K. Hovnanian Homes of North Carolina,

Inc., f.k.a. The New Fortis Corporation and The Hampton Park

Homeowners Association of Guilford County, Inc., by their

attorneys, and good cause appearing therefore, hereby enters its

judgment by ordering as follows:

1.    The estate acquired in the subject property, as more

particularly described in the Complaint and Declaration of Taking

filed in this action is an estate in fee simple subject, however,

to existing easements for public roads, rights of way and

highways, public utilities, railroads and pipelines, which the

Court finds to be vested in the United States of America.

2.    The full just compensation payable by the United States

of America for the taking of said property shall be $137,500.00,

inclusive of interest; and the United States of America has

previously deposited in the registry of the court estimated just

compensation in the amount of $109,000.00 and shall deposit the deficiency amount of $28,500.00 into the registry of the court in satisfaction of this judgment.

3. The said sum of $137,500.00 shall be in full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of said land, including any and all claims for past rent.

4. The said just compensation shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the land at the time of vesting of title thereto in the United States of America and all such liens, encumbrances and charges of whatsoever nature shall be payable and deductible from said sum.

5. The defendants have warranted that they have the exclusive right to the compensation herein, excepting the interest of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and that no other person or entity is entitled to the same or any part thereof.

6. That upon deposit of said deficiency amount of $28,500.00 into the registry of the court, the Clerk of Court, without further order of this Court, shall issue a check payable to K. Hovnanian Homes of North Carolina, Inc. in the amount of $25,500.00, and a check payable to The Hampton Park Homeowners

-2-

Association of Guilford County, Inc. in the amount of $3,000.00.
Said checks shall be mailed to Bruce P. Ashley, counsel for
defendants, at Smith Moore LLP, P. O. Box 21927, Greensboro, NC
27420.

   7.   IT IS ORDERED that said attorney shall forthwith apply
the proceeds of said check to the payment, discharge and release
of all taxes, assessments, liens and encumbrances against the
property on the date of taking, and to the redemption of all tax
sales thereof, and the balance to the parties entitled thereto.


                              UNITED STATES DISTRICT JUDGE.
                              **Wallace W. Dixon**
Consented to:                 **United States Magistrate Judge**

UNITED STATES OF AMERICA

ANNA MILLS WAGONER
United States Attorney


John W. Stone, Jr.
Assistant United States Attorney



Bruce P. Ashley
Attorney for K. Hovnanian Homes of
North Carolina, Inc., f.k.a. The New
Fortis Corporation and The Hampton
Park Homeowners Association of
Guilford County, Inc.